IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICKEY BRAND<br><br>    Plaintiff,<br><br>v.<br><br>ASTRA BUSINESS SERVICES<br>   PRIVATE LIMITED<br><br>    Defendant. | Civil Action File No.:<br>1:16-cv-03915-SCJ-AJB |

## NOTICE OF SETTLEMENT

Plaintiff, Mickey Brand, hereby notifies the Court that a settlement of the above-referenced action has been reached with Defendant, Astra Business Services Private Limited ("Astra Business"). Plaintiff and Astra Business anticipate needing approximately 45 days to document and conclude the settlement. Plaintiff will thereafter file or otherwise move for a dismissal as to Astra Business. Accordingly, Plaintiff respectfully submits that this obviates the need for Astra Business to file an answer, participate in the Rule 26(f) conference, or make any other Court required filings prior to dismissal.[1]

Respectfully submitted this 26th day of April, 2017,

---

[1] If, however, the settlement is not concluded within the next 45 days, Plaintiff will timely notify the Court.

**BERRY & ASSOCIATES**

*/s/ Adam Klein*
Adam Klein
Georgia Bar No.: 425032
AKlein@mattberry.com
2751 Buford Highway, Suite 600
Atlanta, GA 30324
Ph.    770-766-1230
Fax    678-383-2598

*Plaintiff's Attorney*

CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2017, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on Astra Business via First-Class Mail, with adequate postage affixed thereto and addressed as follows:

Bhavna Sharma
U&I Business Center
PLot 47, Sector 32
Guraon, Hryana 12200

**BERRY & ASSOCIATES**

*/s/ Adam Klein*
Adam Klein
Georgia Bar No.: 425032
AKlein@mattberry.com

*Plaintiff's Attorney*