IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICKEY BRAND,<br><br>        Plaintiff,<br><br>v.<br><br>ASTRA BUSINESS SERVICES PRIVATE LIMITED,<br><br>        Defendant. | CIVIL ACTION FILE<br><br>NO. 1:16-CV-3915-SCJ-AJB |

## O R D E R

Counsel for Plaintiff having filed notice advising the Court that the parties to this matter have reached a settlement in principal [Doc. No. 7], but it appearing that documentation of the settlement has not yet been concluded, it is therefore **ORDERED** that this action be **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated. The Clerk is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** this action. If this matter is not reopened by the parties within sixty (60) days it will be deemed to have been dismissed with prejudice.

**IT IS SO ORDERED**, this 27th day of April, 2017.

                               s/Steve C. Jones
                               STEVE C. JONES
                               UNITED STATES DISTRICT JUDGE